IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HERAEUS MEDICAL GMBH, | : | |
|     Plaintiff, | : | |
|         v. | : | CIVIL ACTION NO. 14-5169 |
| | : | |
| ESSCHEM, INC., | : | |
|     Defendant. | : | |

## ORDER

**AND NOW,** this 3rd day of November 2014, upon consideration of Plaintiff's Motion for a Temporary Restraining Order [Doc. No. 14] and all briefs in support and opposition thereto, and after a hearing on the issues, and for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** that the Motion is **DENIED.**

Plaintiff's Motion for Expedited Discovery [Doc. No. 4] is **DENIED**, without prejudice to its right to renew its motion, if appropriate, after the parties hold a Rule 26(f) conference and submit a discovery plan to the Court. The discovery plan shall be submitted to the Court on or before November 21, 2014.

Plaintiff's Motion for Preliminary Injunction [Doc. No. 5] is **DISMISSED**, as it was superseded by Plaintiff's Motion for a TRO. This dismissal is without prejudice to Plaintiff's right to file a renewed Motion for a Preliminary Injunction at an appropriate point in the litigation.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe

_____
**CYNTHIA M. RUFE, J.**