**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____

| | |
|---|---|
| **HERAEUS MEDICAL GMBH,** | : |
| **Plaintiff,** | : |
| v. | :     **CIVIL ACTION NO. 14-5169** |
| | : |
| **ESSCHEM, INC.,** | : |
| **Defendant.** | : |

_____:

## ORDER

**AND NOW**, this 6th day of June 2017, upon consideration of Plaintiff's Motion to Continue Deadlines and Amend the Complaint (Doc. No. 305) and the responses and replies thereto, and for the reasons stated in the attached Memorandum Opinion, it is hereby **ORDERED** as follows:

1. The Motion to Continue Deadlines is **DISMISSED AS MOOT**; and

2. The Motion to Amend is **DENIED**.

It is so **ORDERED.**

**BY THE COURT:**

**/s/ Cynthia M. Rufe**

_____

**CYNTHIA M. RUFE, J.**