# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HERAEUS MEDICAL GMBH,** : <br> Plaintiff, : <br> v. : <br> : <br> **ESSCHEM, INC.,** : <br> Defendant. : | **CIVIL ACTION NO. 14-5169** |

## ORDER

**AND NOW**, this 25th day of January 2018, upon consideration of the Motions for Summary Judgment on Based on the Applicable Statute of Limitations [Doc. Nos. 391, 393], the responses and replies thereto, and the accompanying memorandum opinion issued this day, it is hereby **ORDERED** that the Motions [Doc. No. 391, 393] are **GRANTED** and all claims in the Complaint are **DISMISSED WITH PREJUDICE**. It is further **ORDERED** that the Clerk of Court shall **CLOSE** this case.

It is so **ORDERED**.

                                                        **BY THE COURT:**

                                                        **/s/ Cynthia M. Rufe**
                                                      _____
                                                        **CYNTHIA M. RUFE, J.**